In the Matter of the Claim of JOSEPH A. TERRANOVA, JR., Appellant, v LEHR CONSTRUCTION Co. et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted July 11, 2016; decided September 13, 2016

Motion by New York State Trial Lawyers Association for leave to appear amicus curiae on the motion for leave to appeal herein granted and the proposed brief is accepted as filed.

H. PATRICK BARCLAY, Appellant, v ODELL H. ETIM et al., Respondents.

Submitted July 18, 2016; decided September 15, 2016

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of FR. JOHN W. BRODERICK, Appellant, v HUGH A. GILBERT, in His Official Capacity as Justice of Supreme Court, County of Onondaga, et al., Respondents.

Submitted July 5, 2016; decided September 15, 2016

Motion for leave to appeal denied. Motion for a stay dismissed as academic.